IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:18-CR-114

KEVIN MAURICE ALLEN

### ORDER

On or about May 8, 2020, Kevin Maurice Allen, acting pro se, filed a document in which he requests a bond and a bond hearing. Doc. #20. The Court notes that Allen, through counsel, sought reconsideration of the issue of his detention approximately a month ago and that reconsideration was denied.[1] Docs. #12, #15. Regardless, because Allen was represented by counsel when he filed his current request for a bond and a bond hearing and because, absent circumstances inapplicable here, a defendant is not entitled to represent himself while represented by counsel,[2] the document [20] is **STRICKEN**. *See United States v. Young*, 99 F.3d 1135, 1996 WL 595643, at *1 (5th Cir. 1996) (unpublished table decision) ("This brief is stricken from the record because it constitutes hybrid representation, and there is no right to such representation on appeal.").

**SO ORDERED**, this 11th day of May, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Allen sought reconsideration of his detention based on "the rampant spread of the novel coronavirus 2019." Doc. #12 at 1. Reconsideration was denied because (1) there was "no information suggesting [Allen] is among those people who, according to the Centers for Disease Control and Prevention, may be at higher risk for developing severe illness from COVID-19" and (2) "there is no condition or combination of conditions that will reasonably assure [Allen's] appearance in court." Doc. #15 at 1–2.

[2] *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978).